UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JOHN MATEO,<br>(2) LUIS MATEO ARIAS,<br>(3) ANDREW MATEO,<br>(4) CARLOS CARRASQUILLO,<br>(5) WILANTER GALVA RUIZ,<br>(6) CHRISTOPHER COLLEY,<br>(7) KATHLEEN DESANTIS,<br>(8) JOMAR VENTURA,<br>(9) SARA LOVEREN,<br>(10) SCOTT BOULTER, and<br>(11) LUIS RAMON ORTIZ,<br><br>Defendants. | Criminal No. 24cr10390<br><br>Violation:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances<br>(21 U.S.C. § 846)<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Controlled Substances
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about January 2024, through on or about November 20, 2024, in the District of Massachusetts, and elsewhere, the defendants,

(1) JOHN MATEO,
(2) LUIS MATEO ARIAS,
(3) ANDREW MATEO,
(4) CARLOS CARRASQUILLO,
(5) WILANTER GALVA RUIZ,

1

     (6) CHRISTOPHER COLLEY,
     (7) KATHLEEN DESANTIS,
     (8) JOMAR VENTURA,
     (9) SARA LOVEREN,
     (10) SCOTT BOULTER, and
     (11) LUIS RAMON ORTIZ,

conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

 All in violation of Title 21, United States Code, Section 846.

<u>DRUG FORFEITURE ALLEGATION</u>
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendants,

      (1)    JOHN MATEO,
      (2)    LUIS MATEO ARIAS,
      (3)    ANDREW MATEO,
      (4)    CARLOS CARRASQUILLO,
      (5)    WILANTER GALVA RUIZ,
      (6)    CHRISTOPHER COLLEY,
      (7)    KATHLEEN DESANTIS,
      (8)    JOMAR VENTURA,
      (9)    SARA LOVEREN,
      (10)  SCOTT BOULTER, and
      (11)  LUIS RAMON ORTIZ,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

    a.    $3,643.00 U.S. Currency seized from 48-50 Brookfield Street Lawrence, MA on November 20, 2024;

    b.    $2,118.00 U.S. Currency seized from 48-50 Brookfield Street Lawrence, MA on November 20, 2024;

    c.    Smith and Wesson 6906 Pistol CAL:9mm seized from 48-50 Brookfield Street Lawrence, MA on November 20, 2024;

    d.    Assorted Ammunition seized from 48-50 Brookfield Street Lawrence, MA on November 20, 2024;

  e. Two (2) firearm magazines labeled "PMag" seized from 48-50 Brookfield Street Lawrence, MA on November 20, 2024;

  f. Kel-Tec PF-9 Pistol CAL:9mm seized from 488 Newbury Street Springfield, MA on November 20, 2024;

  g. 2022 Dodge Ram Pickup Truck seized from 74 Eastern Avenue Malden, MA on November 20, 2024;

  h. Sig Sauer P365 Handgun CAL:9mm seized from 11 Chesley Street Millville, MA on November 20, 2024;

  i. Sig Sauer P365 Pistol CAL:9mm seized from 11 Chesley Street Millville, MA on November 20, 2024;

  j. One (1) Sig Sauer 9mm Magazine seized from 11 Chesley Street Millville, MA on November 20, 2024; and

  k. Various boxes of Ammunition seized from 11 Chesley Street Millville, MA on November 20, 2024.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants -

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

4

A TRUE BILL

_____
FOREPERSON

_____
CHARLES DELL'ANNO
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 18, 2024
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK